ELLEN F. ROSENBLUM
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
NINA R. ENGLANDER #106119
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sara.VanLoh@doj.state.or.us
            Nina.Englander@doj.state.or.us
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SPRAGUE RIVER CATTLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON; OREGON WATER RESOURCES DEPARTMENT; DOUG WOODCOCK, as Acting Director of the Oregon Water Resources Department,<br><br>Defendants. | Case No. 1:22-CV-1588<br><br>NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1446 |

PLEASE TAKE NOTICE that Defendants State of Oregon, Oregon Water Resources Department, and Doug Woodcock hereby remove the above-captioned civil case, *Sprague River Cattle Company v. State of Oregon, et al.,* Marion County Circuit Court Case No. 22CV27077, to the United States District Court for the District of Oregon, Medford Division, pursuant to 28 U.S.C. §§ 1331 and 1446. The grounds for removal are as follows:

Page 1 -   NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1446
SV1/jc4/Sprague River 7077 PLD Notice of Removal of Action (USDC) (4)

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1. On August 15, 2022, plaintiff filed its complaint in the Marion County Circuit Court Case No. 22CV27077. The complaint contains claims for violations of the United States Constitution, as well as Oregon state law claims, based on Oregon Water Resources Department's actions in Klamath County. This Court has jurisdiction over the federal constitutional claims under 28 U.S.C. § 1331, as those claims raise federal questions. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a). A copy of the complaint is attached as **Exhibit 1.**

2. Copies of all process, pleadings, and orders served on Defendants in the state action are attached as described below.

3. The Assignment to Trial Judge issued on August 15, 2022, is attached as **Exhibit 2.**

4. The Proof of Substituted Service on former Director Thomas Byler filed on August 26, 2022, is attached as **Exhibit 3.**

5. The Proof of Service on Oregon Water Resources Department filed on August 26, 2022, is attached as **Exhibit 4.**

6. The Proof of Service on State of Oregon c/o Ellen Rosenblum filed on August 26, 2022, is attached as **Exhibit 5.**

7. The Proof of Service on State of Oregon c/o Ellen Rosenblum, c/o Attorney General, State of Oregon filed on August 26, 2022, is attached as **Exhibit 6.**

8. Plaintiff's Notice of Intent to take Default on Oregon Water Resources Department filed on September 20, 2022, is attached as **Exhibit 7.**

9. Plaintiff's Notice of Intent to take Default on State of Oregon filed on September 20, 2022, is attached as **Exhibit 8.**

10. Plaintiff's Notice of Intent to take Default on former Director Thomas Byler filed on September 20, 2022, is attached as **Exhibit 9.**

Page 2 -   NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1446
SV1/jc4/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

11. The Proof of Substituted Service on State of Oregon c/o Ellen Rosenblum, c/o Attorney General filed on September 27, 2022, is attached as **Exhibit 10.**

12. The Proof of Service on State of Oregon c/o Ellen Rosenblum, Attorney General, State of Oregon filed on September 27, 2022, is attached as **Exhibit 11.**

13. The Proof of Substituted Service on former Director Thomas Byler filed on September 27, 2022, is attached as **Exhibit 12.**

14. The Acceptance of Service filed by Defendants on September 28, 2022, is attached as **Exhibit 13.**

15. The Proof of Substituted Service on State of Oregon c/o Ellen Rosenblum, c/o Attorney General filed on September 30, 2022, is attached as **Exhibit 14.**

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff and a copy has been e-filed with Marion County Circuit Court, attached hereto as **Exhibit 15.**

WHEREFORE, the above-captioned case is removed from the Marion County Circuit Court and to the U.S. District Court for the District of Oregon.

DATED October 19, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Sara Van Loh*
SARA D. VAN LOH #044398
Senior Assistant Attorney General
NINA R. ENGLANDER #106119
Assistant Attorney General
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.state.or.us
Nina.Englander@doj.state.or.us
Of Attorneys for Defendants

Page 3 -    NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1446
SV1/jc4/
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000